02-12-512-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00512-CR

 

 


 
 
 Roger
 Eugene Fain
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 372nd District
 Court
  
 of
 Tarrant County (1023944D)
  
 December
 13, 2012
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00512-CR

 

 


 
 
 Roger Eugene Fain
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 372nd
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Appellant
attempts to appeal from two applications for postconviction writs of habeas
corpus that he claims were denied by operation of law.  On October 29, 2012, we
notified Appellant of our concern that we lack jurisdiction over this appeal
because the trial court has not entered any appealable orders, and we stated
that this appeal was subject to dismissal unless appellant or any party
desiring to continue the appeal filed a response showing grounds for continuing
the appeal.  We received no response.

As
this court has previously explained, we have no appellate jurisdiction over a
trial court’s refusal to issue a writ of habeas corpus or a trial court’s
refusal to consider the merits of an application for writ of habeas corpus.[2] 
Accordingly, we dismiss this appeal.

 

 

PER CURIAM

 

PANEL: 
DAUPHINOT, GARDNER, and WALKER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  December 13,
2012









[1]See Tex. R. App. P. 47.4.





[2]Ex parte Okere, 56
S.W.3d 846, 849–51 (Tex. App.—Fort Worth 2001, pet. ref’d) (relying on Ex parte Hargett, 819
S.W.2d 866, 867–68 (Tex. Crim. App. 1991)).